[No. 7376–1–I.   Division One.   February 23, 1981.]

RETAIL CLERKS HEALTH & WELFARE TRUST FUNDS, ET AL, *Appellants,* v. SHOPLAND SUPERMARKET, INC., *Respondent.*

RETAIL CLERKS WELFARE TRUST FUND, ET AL, *Appellants,* v. THE COMMISSION COMPANY, INC., ET AL, *Respondents.*

Appeal from judgments of the Superior Court for King County, Nos. 815033, 809518, Herbert M. Stephens, J., entered January 23, 1979. *Affirmed* by unpublished opinion per Swanson, J., concurred in by James, C.J., and Callow, J.

[No. 8541–7–I.   Division One.   February 23, 1981.]

THERESA L. M. GAMBREL, *Respondent,* v. RAYMOND ROYAL, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 834130, Peter K. Steere, J., entered January 23, 1979. *Affirmed* by unpublished opinion per Durham, J., concurred in by Ringold, A.C.J., and Swanson, J.

[No. 8544–1–I.   Division One.   February 23, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. PATRICK McSHAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–8–00032–4, William C. Goodloe, J., entered February 22, 1980. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Swanson and Callow, JJ.